

**THE KILLINO FIRM, P.C.**
CALIFORNIA   FLORIDA   NEW YORK   PENNSYLVANIA

*Reply to:*
Philadelphia
1835 Market Street
Suite 2820
Philadelphia, PA 19103
T (215) 569-1299
F (215) 569-2741

AMMAR S. WASFI, ESQUIRE
AWASFI@KILLINOFIRM.COM

September 28, 2020

**Via E-Filing**
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      **RE:** **Hamill v. Twin Cedars Senior Living, et al.**
            **U.S. District Court, Southern District of New York**
            **Case No.: 1:20-mc-00228**

Dear Judge Hellerstein:

    Pursuant to the enclosed Order entered in the underlying action in the U.S. District Court for the Middle District of Pennsylvania, Plaintiff will be withdrawing her Motion to Quash Defendants' Subpoenas, which had been filed in this Court on June 10, 2020.

    Thank you for the Court's attention to this matter, and should Your Honor need anything further, I stand ready to respond.

Respectfully,

*Ammar S. Wasfi*

**AMMAR S. WASFI, ESQUIRE**

ASW/emd
Enclosure

cc:   *Via Electronic Correspondence:*
      John M. Campbell, Esquire
      Donald Wall, Esquire
      Michael Bootier, Esquire

*So ordered. The Clerk shall close the open motion (ECF No. 1) and terminate the case.*

/s/ A.K. Hellerstein
10/21/20